IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-97 |
| | ) |
| WILLIAM DALE BENDER, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 5th day of October, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered March 27, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, October 21, 2009 at 3:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster           ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Charles A. Eberle,
      Assistant United States Attorney

      Elisa A. Long,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation