```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA )
)
    V. ) Criminal No. 08-097
)
WILLIAM DALE BENDER )

### ORDER OF COURT

Upon consideration of Defendant's Motion for Leave to File Memorandum in Mitigation of Sentence Under Seal, it is hereby ORDERED that said Motion is GRANTED. Defendant's Memorandum in Mitigation of Sentence will be filed under seal. Only Defendant's counsel and the Court shall be permitted to view and utilize the Motion. It is further ORDERED that Defendant's Motion is sealed until further Order of Court.

Date: 3/29/10
                                  Gary L. Lancaster
                                United States Chief District Judge

cc: Counsel of Record